| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Cook, Harold D | 2. Court or Organization  Northern District of Oklahoma | 3. Date of Report  05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial  ☒ Annual  ☐ Final  5b.  ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  224 South Boulder, Room 241 Tulsa, OK 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 14 A 9: 04 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. F&M Nat'l Bank & Trust (non-interest bearing) | | None | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. -Bank Deposit Program | A | Interest | J | T | . | | | | |
| 4. -Okla State TPK at TPK | D | Interest | M | T | | | | | |
| 5. -Okla St. Cap Impt at St Hwy | C | Interest | | | Redemption | 12/1 | L | A | |
| 6. -Okla Agric&Mech Clges | C | Interest | M | T | | | | | |
| 7. -Jenks Okla Pub Wks Auth | D | Interest | M | T | | | | | |
| 8. -Blackrock Mun 2018 Term Trust | D | Interest | L | T | | | | | |
| 9. -Nuveen Insd Premium Inc Muni Trust | A | Interest | | | Sold | 12/6 | K | A | |
| 10. -Kerr McGee Common Stk | A | Dividend | | | Sold | 8/11 | J | D | |
| 11. -Tronox Inc Class B Com Stk (formerly Kerr-McGee Com Stk) | A | Dividend | | | Spinoff | 4/5 | J | | |
| 12. -Diamonds Trust | A | Dividend | J | T | | | | | |
| 13. -Blackrock Insd Mun 2008 Fund | A | Dividend | | | Sold | 11/16 | K | A | |
| 14. -JEA Var Rt Elec Rev | A | Interest | K | T | | | | | |
| 15. -Minneapolis Minn Hlth Care Sys | B | Interest | | | Sold | 12/14 | K | A | |
| 16. -Blackrock ST Mun Fund (formerly ML Muni Bond Fund) | A | Dividend | L | T | | | | | |
| 17. -Okla Cnty Okla Indpt Sch Dist | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Eaton Vance Mun Income Trust | D | Dividend | | | Sold | 11/16 | K | A | |
| 19. -ING Clarion Global Real Estate | A | Dividend | | | Sold | 2/2 | L | D | |
| 20. -Western Asset Emerging Mkts Debt FD Inc (formerly Solomon Brothers) | D | Dividend | M | T | | | | | |
| 21. -Alliance Natl Mun Income FD | | None | L | T | Buy | 12/18 | L | | |
| 22. -Eaton Vance Tax Adv. Income Fund | C | Dividend | | | Buy | 2/2 | K | | |
| 23. | | | | | Sold | 12/18 | L | D | |
| 24. -Eaton Vance Ltd. Duration Inc Fund | C | Dividend | K | T | Buy | 2/2 | K | | |
| 25. -Gabelli Equity TR Inc Ser C | A | Dividend | M | T | Buy | 12/6 | M | | |
| 26. -Arizona Hlth Facs Au Rev Banner Hlth Ambac | | None | K | T | Buy | 12/15 | K | | |
| 27. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 28. -Bank Deposit Program | B | Interest | J | T | | | | | |
| 29. -Sunoco Common Stk | A | Dividend | K | T | | | | | |
| 30. -Okla St. Auth Tpk | C | Interest | L | T | | | | | |
| 31. -Nuveen Ins Div Adv Muni Fund | C | Dividend | L | T | | | | | |
| 32. -Okla Colleges Brd Regents | B | Interest | K | T | | | | | |
| 33. -Okla Cnty Okla Indpt Sch Dist | C | Interest | L | T | | | | | |
| 34. -McKinley Cnty N Mex GR Tax Rev | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Tulsa Okla Met Util Auth Util Rev | B | Interest | K | T | | | | | |
| 36.  -Puerto Rico Comwlth Rfdg-Pub Impt | B | Interest | K | T | | | | | |
| 37.  -District Columbia Rev | A | Interest | K | T | | | | | |
| 38.  -Oklahoma Dept of Tsptn Grant | B | Interest | K | T | | | | | |
| 39.  -Sarasota Cnty Fla Sch Brd Ctfs Partn | C | Interest | L | T | | | | | |
| 40.  -Okla Dev Fin Au Rev Ref | C | Interest | L | T | | | | | |
| 41.  -Okla St Mun Pwr Auth Pwr | C | Interest | L | T | | | | | |
| 42.  -ING Clarion Global Real Estate Inc Fund | A | Dividend | | | Sold | 2/2 | L | D | |
| 43.  -Am High Income Municipal Bond Fund C | B | Dividend | L | T | Partial Sell | 10/24 | J | A | |
| 44.  -Nuveen INV Quality Mun FD Inc | A | Dividend | K | T | Buy | 10/30 | K | | |
| 45.  -First Eagle Global Fund | A | Dividend | J | T | Buy | 2/2 | J | D | |
| 46.  -Western Asset Emerging Mkts Debt FD Inc (formerly Solomon Brothers ) | B | Dividend | K | T | | | | | |
| 47.  -Eaton Vance Tax-Adv Income Fund | C | Dividend | | | Buy | 2/2 | K | | |
| 48. | | | | | Sold | 12/18 | L | D | |
| 49.  -Eaton Vance Ltd. Duration Inc Fund | C | Dividend | K | T | Buy | 2.2 | K | | |
| 50.  -Alliance Natl Mun Income FD | | None | L | T | Buy | 12/18 | L | | |
| 51.  BROKERAGE ACCOUNT (IRA) #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Bank Deposit Program | A | Interest | J | T | | | | | |
| 53. -Diamonds Trust | A | Dividend | J | T | | | | | |
| 54. -TYCO International | | None | J | T | | | | | |
| 55. -Calamos Convertible Fund | A | Dividend | J | T | Partial Sale | 12/20 | L | A | |
| 56. -Evergreen Asset Alloc Fund | A | Dividend | J | T | Partial Sale | 12/5 | J | A | |
| 57. BROKERAGE ACCOUNT (IRA) #4 | E | Dividend | O | T | | | | | |
| 58. -Blackrock Global Allocation (formerly ML Global Allocation) | | | | | | | | | |
| 59. -Blackrock Global Value FD CL B (formerly ML Global Value FD CLB | | | | | | | | | |
| 60. -Bank Deposit Program | | | | | | | | | |
| 61. -Calamos Convertible Fund | | | | | Partial Sale | 12/20 | L | A | |
| 62. -Evergreen Asset Alloc Fund | | | | | | | | | |
| 63. -Calomos Strategic Total Return | | | | | | | | | |
| 64. -Blackrock International Bond Fd Class C | | | | | | | | | |
| 65. -First Eagle Global Fund | | | | | Buy | 12/20 | M | | |
| 66. -Federated Market Opportunity | | | | | | | | | |
| 67. -Williams Cos, Inc. Common Stk | | | | | Partial Sale | 8/7 | M | G | |
| 68. -Eaton Vance Ltd Duration Income Fund | | | | | Buy | 2/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -C.D.-Capital One Bank, VA | | | | | Buy | 8/2 | K | | |
| 70. | | | | | Mature | 11/2 | K | A | |
| 71.   -C.D.-Washington Mutual Bank, NV | | | | | Buy | 8/2 | L | | |
| 72. | | | | | Mature | 11/2 | K | A | |
| 73.   -C.D.-Provident Bank of Maryland | | | | | Buy | 8/4 | L | | |
| 74. | | | | | Mature | 11/3 | L | A | |
| 75.   -C.D.-Countrywide Bank, N.A., VA | | | | | Buy | 8/7 | L | | |
| 76.   -C.D.-Acacia Federal Savings Bk, VA | | | | | Buy | 8/7 | J | | |
| 77.   -C.D.-GMAC Bank, PA | | | | | Buy | 11/7 | K | | |
| 78.   -C.D.-Compass Bank, AL | | | | | Buy | 11/7 | L | | |
| 79.   -C.D.-Banco Popular De Puerto Rico | | | | | Buy | 11/7 | L | | |
| 80.   BROKERAGE ACCOUNT #5 IRA | B | Dividend | M | T | | | | | |
| 81.   -Infosys Technologie SP ADR | | | | | Buy | 1/5 | K | | |
| 82. | | | | | Sold | 1/30 | K | A | |
| 83.   -Lukin Industries Com Stk | | | | | Buy | 1/5 | K | | |
| 84. | | | | | Sold | 7/14 | K | B | |
| 85.   -Nasdaq 100 Trust Ser 1 | | | | | Buy | 1/6 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Partial Sale | 6/12 | K | A | |
| 87. | | | | | Sold | 7/11 | K | A | |
| 88.  -Streettracks Morgan Stanley | | | | | Buy | 1/6 | J | | |
| 89. | | | | | Partial Sale | 4/4 | J | A | |
| 90. | | | | | Sold | 6/12 | J | A | |
| 91.  -Actuant Corp Class A Com Stk | | | | | Buy | 1/10 | K | | |
| 92. | | | | | Sold | 6/15 | K | A | |
| 93.  -Broadcom Corp CL A Com Stk | | | | | Buy | 1/10 | J | | |
| 94. | | | | | Sold | 3/22 | J | B | |
| 95.  -Qualcomm Inc Com Stk | | | | | Buy | 1/13 | K | | |
| 96. | | | | | Sold | 6/14 | K | A | |
| 97.  -Tidewater Inc Com Stk | | | | | Buy | 1/25 | K | | |
| 98. | | | | | Sold | 6/13 | J | A | |
| 99.  -Amphenol Corp Class A Com Stk | | | | | Buy | 2/3 | K | | |
| 100. | | | | | Sold | 7/14 | K | A | |
| 101.  -Siemens A G Spons ADR | | | | | Buy | 2/17 | K | | |
| 102. | | | | | Sold | 6/13 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Rockwell Collins Inc Com Stk | | | | | Buy | 2/23 | K | | |
| 104. | | | | | Sold | 7/14 | K | A | |
| 105. -Broadcom Corp Cl A Com Stk | | | | | Buy | 1/10 | J | | |
| 106. | | | | | Partial Sale | 3/22 | J | B | |
| 107. | | | | | Sold | 6/7 | J | A | |
| 108. -Tractor Supply Com Stk | | | | | Buy | 2/28 | K | | |
| 109. | | | | | Sold | 6/13 | J | A | |
| 110. -Itron Inc Com Stk | | | | | Buy | 3/1 | J | | |
| 111. | | | | | Sold | 7/14 | J | A | |
| 112. -Ishares MSCI Japan Index Fund | | | | | Buy | 3/29 | K | | |
| 113. | | | | | Sold | 6/12 | K | A | |
| 114. --Vanguard Intl Equity Index FD | | | | | Buy | 4/6 | K | | |
| 115. | | | | | Sold | 6/21 | K | A | |
| 116. -Circuit City Com Stk | | | | | Buy | 4/17 | J | | |
| 117. | | | | | Sold | 6/27 | J | A | |
| 118. -Texas Instruments Inc Com Stk | | | | | Buy | 4/25 | K | | |
| 119. | | | | | Sold | 6/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Oil Service Holders TR | | | | | Buy | 5/3 | K | | |
| 121. | | | | | Sold | 6/14 | J | A | |
| 122. -Asprevea Pharmaceuticals Corp Com Stk | | | | | Buy | 5/10 | J | | |
| 123. | | | | | Sold | 6/28 | J | A | |
| 124. -General Electric Com Stk | | | | | Sold | 7/14 | K | A | |
| 125. | | | | | Buy | 11/14 | J | | |
| 126. -Alltel Corp Delaware Com Stk | | | | | Buy | 7/31 | J | | |
| 127. | | | | | Sold | 10/23 | J | | |
| 128. -Avon Products Com Stk | | | | | Buy | 7/31 | J | | |
| 129. | | | | | Buy | 10/23 | J | | |
| 130. -Cisco Sys Inc Com Stk | | | | | Buy | 7/31 | J | | |
| 131. | | | | | Buy | 10/23 | J | | |
| 132. -Computer Sciences Corp Com Stk | | | | | Buy | 10/23 | J | | |
| 133. | | | | | Sold | 11/2 | J | A | |
| 134. -Conagra Foods Inc Com Stk | | | | | Buy | 7/31 | J | | |
| 135. | | | | | Buy | 10/23 | J | | |
| 136. -Exelon Corp Com Stk | | | | | Buy | 7/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 10/23 | J | | |
| 138. | | | | | Sold | 11/1 | J | A | |
| 139. -Federated Department Stores Com Stk | | | | | Buy | 7/31 | J | | |
| 140. | | | | | Buy | 10/23 | J | | |
| 141. | | | | | Sold | 12/4 | J | A | |
| 142. -Fifth Third Bancorp Com Stk | | | | | Buy | 7/31 | J | | |
| 143. | | | | | Buy | 10/23 | J | | |
| 144. -Fiserv Inc Com Stk | | | | | Buy | 7/31 | J | | |
| 145. | | | | | Buy | 10/23 | J | | |
| 146. -Halliburton Co Holdings Com Stk | | | | | Buy | 7/31 | J | | |
| 147. | | | | | Buy | 10/23 | J | | |
| 148. -Harrahs Entertainment Inc Com Stk | | | | | Buy | 7/31 | J | | |
| 149. | | | | | Buy | 10/23 | J | | |
| 150. | | | | | Sold | 12/19 | J | | |
| 151. -Honeywell Int Inc Com Stk | | | | | Buy | 7/31 | J | | |
| 152. | | | | | Buy | 10/23 | J | | |
| 153. | | | | | Sold | 11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Intel Corp Com Stk | | | | | Buy | 11/14 | J | | |
| 155. -Intl Business Machines Corp Com Stk | | | | | Buy | 7/31 | J | | |
| 156. | | | | | Buy | 10/23 | J | | |
| 157. -J C Penney Co Inc Com Stk | | | | | Buy | 12/4 | J | | |
| 158. -Johnson & Johnson Com Stk | | | | | Buy | 7/31 | J | | |
| 159. | | | | | Buy | 10/23 | J | | |
| 160. | | | | | Sold | 11/14 | J | A | |
| 161. -Marriott Intl Inc New Cl A Com Stk | | | | | Buy | 7/31 | J | | |
| 162. | | | | | Buy | 10/23 | J | | |
| 163. -McDonalds Corp Com Stk | | | | | Buy | 7/31 | J | | |
| 164. | | | | | Buy | 10/23 | J | | |
| 165. | | | | | Sold | 11/14 | J | A | |
| 166. -Merrill Lynch & Co Inc Com Stk | | | | | Buy | 7/31 | J | | |
| 167. | | | | | Buy | 10/23 | J | | |
| 168. -News Corp Class B New Com Stk | | | | | Buy | 7/31 | J | | |
| 169. | | | | | Buy | 10/23 | J | | |
| 170. -Occidental Petroleum Corp-Del Com Stk | | | | | Buy | 7/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 10/23 | J | | |
| 172. -Office Depot Com Stk | | | | | Buy | 11/14 | J | | |
| 173. -Omnicom Group Inc Com Stk | | | | | Buy | 7/31 | J | | |
| 174. | | | | | Buy | 10/23 | J | | |
| 175. -Oracle Corp Com Stk | | | | | Buy | 10/23 | J | | |
| 176. -Schwab Charles Corp Com Stk | | | | | Buy | 7/31 | J | | |
| 177. | | | | | Buy | 10/23 | J | | |
| 178. -Sepracor Inc Com Stk | | | | | Buy | 7/31 | J | | |
| 179. | | | | | Buy | 10/23 | J | | |
| 180. -United Technologies Corp Com Stk | | | | | Buy | 7/31 | J | | |
| 181. | | | | | Buy | 10/23 | J | | |
| 182. -Wyeth Com Stk | | | | | Buy | 7/31 | J | | |
| 183. | | | | | Buy | 10/23 | J | | |
| 184. | | | | | Sold | 11/14 | J | A | |
| 185. -AT&T Inc Com Stk | | | | | Buy | 10/23 | J | | |
| 186. -CSX Corp Com Stk | | | | | Buy | 11/2 | J | | |
| 187. -Dreyfus Liquid Assets Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Carters Inc Com Stk | | | | | Sold | 5/12 | K | D | |
| 189. -Laserscope Com Stk | | | | | | | | | |
| 190. -Starbucks Corp Com Stk | | | | | Sold | 7/12 | J | C | |
| 191. -IVAX Corp Com Stk | | | | | Partial Sale | 1/26 | J | D | |
| 192. TEVA Pharmaceuticals Inds Com Stk (formerly IVAX Com Stk) | | | | | Partial Sale | 1/26 | J | A | |
| 193. | | | | | Partial Sale | 4/11 | J | A | |
| 194. | | | | | Sold | 6/12 | J | A | |
| 195. -RESMED Inc Com Stk | | | | | Sold | 7/14 | K | D | |
| 196. -Eagle Materials Com Stk | | | | | Sold | 6/7 | J | B | |
| 197. -GENZYME Corp Com Stk | | | | | Sold | 4/11 | K | A | |
| 198. -Google Com Stk | | | | | Sold | 2/8 | K | C | |
| 199. -Home Depot Com Stk | | | | | Sold | 1/20 | J | A | |
| 200. -Covance Inc Com Stk | | | | | Partial Sale | 5/2 | J | B | |
| 201. | | | | | Sold | 7/14 | J | B | |
| 202. -Apple Computer Inc Com Stk | | | | | Partial Sale | 1/26 | J | B | |
| 203. | | | | | Partial Sale | 2/7 | J | B | |
| 204. | | | | | Sold | 3/6 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 7/31 | J | | |
| 206. | | | | | Sold | 10/3 | J | A | |
| 207. -Amgen Inc Com Stk | | | | | Partial Sale | 4/11 | K | A | |
| 208. | | | | | Sold | 4/21 | J | A | |
| 209. | | | | | Buy | 7/31 | J | | |
| 210. | | | | | Buy | 10/23 | J | | |
| 211. -Lowes Companies Inc Com Stk | | | | | Sold | 7/12 | J | A | |
| 212. -ISHARES Midcap 400 Gth Index Fund | | | | | Partial Sale | 4/4 | J | A | |
| 213. | | | | | Sold | 7/14 | J | A | |
| 214. -Amazon Com Inc Com Stk | | | | | Sold | 2/1 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _May 10, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544